U.S. DISTRICT COURT:
WESTERN DISTRICT, SAN ANTONIO
(TEXAS)

RE: EX PARTE ANTONIO HERNANDEZ

FILED
JUL 15 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

PETITION FOR WRIT OF HABEAS CORPUS.
EXTRADITION:

SA22CA0792 JKP

TO THE HONORABLE JUDGE OF SAID COURT:

Come now, ANTONIO HERNANDEZ, Petitioner, who upon his oath states that he is being unlawfully Restrained of his Liberty by Sheriff Butts at the Bandera County Jail, TEXAS.

Petitioner would Respectfully show the Court that such Restraint of his Liberty is illegal for the following Reasons: (without being brought before a Judge or Magistrate with all practicable speed, in Violation of Section 14, Uniform Criminal Extradition Act, "Article 51.13", TEXAS Code of Criminal Procedure.

(I)

Article 15.21 of the TEXAS Code of Criminal Procedure States that, "If the proper Officer of the County where the offense is alleged to have been Committed does not demand the prisoner and take charge of him within (10) days from the day he is Committed, such Prisoner shall be Released from Custody."

U.S. v. Mauro 436. U.S. 340, 351. (1978)

(PAGE #1)

Tx. Code C. Proc. ART. 51.14. I
GILES V. STATE 908 S.W.2d 303, 305 (Tx App.- El Paso - 1995). Pet. ref'd. 921 S.W.2d 235 (TEX Crim. App. 1996).

(Jurisdiction) transferring a Prisoner incarcerated in one Jurisdiction to the custody of another, So that Criminal Charges Pending in the Receiving Jurisdiction may be Resolved.

SEE, STATE v. Powell, 971 S.W.2d 577, 580 (Tx App. Dallas 1998). A Prisoner may make a Request for final disposition of the Pending Case.

(II)

A INS hold is Lodged. Petitioner Posted Cash Bail and is being held on False Charges in Bandera County. Petitioner Request Bail to be Set, IN INS Hold and a Speedy Hearing, Citing Tx. Code Criminal Proc. 15.21 to Transport Petitioner to Court, one day Bench. There is No Probable Cause to hold Petitioner. Wherefore, Premises Considered, Petitioner Prays the Court grant this Petition for Writ of Habeas Corpus and Issue, Said Writ to the Sheriff of Bandera County Texas, directing him and commanding him to Produce and have Petitioner before this Honorable Court Instance, or at such time and Place to be designated by the Court, to the end that Petitioner Should be and will be discharged from such Illegal Restraint of his Liberty.

Respectfully Submitted.
X Antonio Hernandez L
P.O. Box 1449
Bandera TEXAS 78003

(Page #2)

## CERTIFICATE OF SERVICE

I, hereby certefie, on this the 13 day of July 2022 ORIGNAL COPY Provided Writ of Habear Corpus for Extradition is mailed to U.S. Dist. Clerks office 262 West Nueva St. Room 1-400 San Antonio TX 78207

date 7-13-2022. X Antonio Hernandez C

## AKNOWLEDGEMENT

On this the 13 day of July 2022, Personally Appeared Antonio Hernandez. Petitioner in the above and foregoing his Petition for Writ of Habear Corpus for Extradition within State (INS) Hold. Who deposed himself and stated that all the information contained in said Petition is true and correct.

SWORN to and Signed on this the 13 day of July 2022.

Personal Appearance MADE IN LIEU OF NOTARY Pursuant Sec. 132.001 Tex. Civ. Practice Remedies Code. Executed on the 13 day of July 2022

28 USC 1746. declare under Penalty of Perjury.

Name Printed Antonio Hernandez C

Signature Antonio Hernandez C

Affiant

## ORDER

Came on this day to be heard. Petition of writ of Habeas Corpus Extradition To Transport To This Court to have Hearing within (10) days. It is ordered to set Bail. In all things is Granted

( ) Granted  ( ) Denied

Signed on _____ day of _____ 2022

_____
Judge Presiding.

(Page #3)