UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANTONIO HERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>BANDERA COUNTY SHERIFF DAN BUTTS,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§  CIVIL NO. SA-22-CV-792-JKP<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Before the Court is *pro se* Petitioner Antonio Hernandez's ("Hernandez") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus ("Section 2241 Petition") (ECF No. 1) and Motion to Appoint Counsel (ECF No. 3). Hernandez currently has another Section 2241 Petition pending wherein he raises the same arguments. Accordingly, the present petition (ECF No. 1) is **DISMISSED** as duplicative.

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Appoint Counsel is **DISMISSED AS MOOT** (ECF No. 3); and

**IT IS FURTHER ORDERED** that Petitioner's Section 2241 Petition (ECF No. 1) is **DISMISSED** as duplicative.

SIGNED this 19th day of October, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE