# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ANTONIO HERNANDEZ,** | § |
| Petitioner, | § |
| vs. | § |
| | §   CIVIL NO. SA:22-CV-792-JKP |
| **BANDERA COUNTY SHERIFF DAN BUTTS,** | § |
| Respondent. | § |

## JUDGMENT

On this day, the Court issued an Order dismissing Petitioner, Antonio Hernandez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 as duplicative of his claims in Civil Action No. SA:22-CV-791-JKP. (ECF No. 1).

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is **DISMISSED** as duplicative of his claims in Civil Action No. SA:22-CV-791-JKP. (ECF No. 1).

**IT IS FURTHER ORDERED** that all other pending motions relating to Petitioner's § 2241 Petition, if any, are **DENIED AS MOOT** and a **CERTIFICATE OF APPEALABILITY WILL NOT ISSUE** in this case.

SIGNED this 19th day of October, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE